**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LELA TOLBERT                                    *

     Plaintiff                               *

v.                                              *   Civil Court Action No:        1:07CV00094
                                                    Judge Richard W. Roberts

NATIONAL HARMONY MEMORIAL              *
PARK, et al.

     Defendants                             *

   *    *    *    *    *    *      *    *    *    *    *

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING**

COME NOW National Harmony Memorial Park, Stewart Enterprises, Inc. and John/Mary Doe/Funeral Director at Harmony Park, by and through their attorneys, Jennifer. S. Jackman and Whiteford, Taylor & Preston L.L.P., with the consent of counsel for the Plaintiff, Lela Tolbert, and hereby files this Consent Motion for Extension of Time to File Responsive Pleading to the Plaintiff's Complaint and, in support thereof, state as follows:

1.     Defendants were served with the Complaint in this matter on January 22, 2007. A responsive pleading to the Complaint is due on February 12, 2007.

2.     The parties are currently in the process of attempting to come to a resolution of the issues raised in the Complaint. Accordingly, Defendants respectfully request an extension of thirty (30) days within which to file a responsive pleading to the Complaint thus making the new deadline for filing the responsive pleading March 14, 2007.

3.     Counsel for the Plaintiff has consented to this extension.

WHEREFORE, Defendants National Harmony Memorial Park, Stewart Enterprises, Inc. and John/Mary Doe/Funeral Director at Harmony Park request this Court to enter an Order extending the to file an Answer by thirty days and for such further relief this Court deems appropriate.

Respectfully submitted,

_____/s_____
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, #400
Washington, D.C. 20036-5405
(202) 659-6800

Attorneys for Defendants

### CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(d), service of the pleading was made through Court's electronic filing.

_____//s//_____
Jennifer S. Jackman

197308

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LELA TOLBERT                                      *

     Plaintiff                              *

v.                                               *   Civil Court Action No:        1:07CV00094
                                                     Judge Richard W. Roberts

NATIONAL HARMONY MEMORIAL               *
PARK, et al.

     Defendants                            *

   *    *    *    *    *    *       *    *    *    *    *

## <u>ORDER</u>

Upon consideration of Defendants National Harmony Memorial Park, Stewart

Enterprises, Inc. and John/Mary Doe/Funeral Director at Harmony Park's Consent Motion to

Extend Time for Filing Responsive Pleading, it is this _____ day of _____, 2007

     ORDERED that the Motion be and is hereby granted, and it is further

     ORDERED that Defendants' time for filing a responsive pleading is extended for thirty

(30) days; and it is further

     ORDERED that Defendants shall file their responsive pleadings by March 14, 2007.

     IT IS SO ORDERED.


                               _____

                               Judge Richard W.  Roberts

Copies to:

B. Marian Chou, Esquire
800 7th Street, N.W. #201
Washington, D.C. 20001
*Counsel for Plaintiff*


Jennifer S. Jackman, Esquire
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036
*Counsel for Defendants*


*197305*