IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LELA TOLBERT** | * |
| Plaintiff | * |
| v. | *   Civil Court Action No:   1:07CV00094 |
| **NATIONAL HARMONY MEMORIAL PARK,** *et al* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO COMPLAINT

Defendants, National Harmony Memorial Park, Stewart Enterprises, Inc. and John/Mary Doe/Funeral Director at Harmony Park, by and through their attorneys, Jennifer S. Jackman and Whiteford, Taylor & Preston L.L.P., files this Answer to Plaintiff's Complaint and states:

## Specific Denials

1. The Defendants admit the allegations contained in Paragraph 1.

2. The Defendants deny the allegations contained in Paragraph 2.

3. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the averment and, accordingly, denies the allegations contained in Paragraph 3.

4. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the averment and, accordingly, denies the allegations contained in Paragraph 4.

5. The Defendants deny the allegations contained in Paragraph 5.

6. The Defendants deny the allegations contained in Paragraph 6.

### First Cause of Action -
### Breach of Contract

Paragraphs 6(a) – 13 need not be answered as the Court has dismissed this Count pursuant to its ruling on Defendants' Motion to Dismiss.

### Second Cause of Action -
### Negligence

Paragraphs 14 – 24 need not be answered as the Court has dismissed this Count pursuant to its ruling on Defendants' Motion to Dismiss.

### Third Cause of Action -
### Intentional Infliction of Emotional Distress

Paragraphs 25 – 33 need not be answered as the Court has dismissed this Count pursuant to its ruling on Defendants' Motion to Dismiss.

### Fourth Cause of Action -
### Negligent Infliction of Emotional Distress

Paragraphs 34 – 42 need not be answered as the Court has dismissed this Count pursuant to its ruling on Defendants' Motion to Dismiss.

### Fifth Cause of Action -
### Fraud and/or Negligent Misrepresentation

Paragraphs 43 – 53 need not be answered as the Court has dismissed this Count pursuant to its ruling on Defendants' Motion to Dismiss.

### Sixth Cause of Action -
### Breach of Implied Covenant of Good Faith

Paragraphs 54 – 59 need not be answered as the Court has dismissed this Count pursuant to its ruling on Defendants' Motion to Dismiss.

### Seventh Cause of Action -
### Trespass

60. The Defendants deny the allegations contained in Paragraph 60.

61. The Defendants deny the allegations contained in Paragraph 61.

62. The Defendants deny the allegations contained in Paragraph 62.

63. The Defendants deny the allegations contained in Paragraph 63.

64. The Defendants deny the allegations contained in Paragraph 64.

65. The Defendants deny the allegations contained in Paragraph 65.

66. The Defendants deny the allegations contained in Paragraph 66.

### Eighth Cause of Action -
### Nuisance

67. The Defendants deny the allegations contained in Paragraph 67.

68. The Defendants deny the allegations contained in Paragraph 68.

69. The Defendants deny the allegations contained in Paragraph 69.

70. The Defendants deny the allegations contained in Paragraph 70.

71. The Defendants deny the allegations contained in Paragraph 71.

72. The Defendants deny the allegations contained in Paragraph 72.

73. The Defendants deny the allegations contained in Paragraph 73.

### Ninth Cause of Action -
### Conversion

Paragraphs 74 – 82 need not be answered as the Court has dismissed this Count pursuant to its ruling on Defendants' Motion to Dismiss.

### Tenth Cause of Action –
### Professional Malpractice

Paragraphs 83 – 93 need not be answered as the Court has dismissed this Count pursuant to its ruling on Defendants' Motion to Dismiss.

### Affirmative and Negative Defenses

94. The Plaintiff's Complaint fails to state a cause of action.

95. The Plaintiff's claims are barred by accord and satisfaction.

96. The Plaintiff's claims are barred by a merger of a claim by arbitration into an award.

97. The Plaintiff's claims are barred by Plaintiff's assumption of risk.

98. The Plaintiff's claims are barred by collateral estoppel as a defense to a claim.

99. The Plaintiff's claims are barred by Plaintiff's contributory negligence.

100. The Plaintiff's claims are barred by duress.

101. The Plaintiff's claims are barred by estoppel.

102. The Plaintiff's claims are barred by fraud.

103. The Plaintiff's claims are barred by illegality.

104. The Plaintiff's claims are barred by laches.

105. The Plaintiff's claims are barred by payment.

106. The Plaintiff's claims are barred by release.

107. The Plaintiff's claims are barred by *res judicata*.

108. The Plaintiff's claims are barred by statute of frauds.

109. The Plaintiff's claims are barred by the applicable statutes of limitations.

110. The Plaintiff's claims are barred by *ultra vires*.

111. The Plaintiff's claims are barred by usury.

112. The Plaintiff's claims are barred by waiver.

113. The Plaintiff's claims are barred by privilege.

114. The Plaintiff's claims are barred by total or partial charitable immunity.

115. Defendants demand strict proof of the existence and execution of any and all written instruments upon which the Plaintiff's claim is based.

116. The Defendants did not commit the wrongs alleged.

117. The Defendants demand strict proof of each and every allegation contained in Plaintiff's Complaint.

118. The Defendants reserve the right to raise any defense available in law and or in fact.

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**


*//s// Jennifer S. Jackman*
Jennifer S. Jackman (#466922)
1025 Connecticut Avenue, N.W., Suite 400
Washington, DC 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)
*Attorneys for Defendants,*
  *National Harmony Memorial Park, Stewart*
  *Enterprises, Inc. and John/Mary Doe/Funeral*
  *Director at Harmony Park*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of November, 2007, a copy of the foregoing *Answer to Complaint* was mailed, first class, postage prepaid, to:

B. Marian Chou, Esquire (#433279)
800 7th Street, N.W. #201
Washington, D.C. 20001
(202) 783-2794 – Office
(202) 898-1995 - Facsimile
bmchou@mindspring.com – E-Mail
*Attorney for Plaintiff,*
  *Lela Tolbert*


*//s// Jennifer S. Jackman*
Jennifer S. Jackman

393232

- 6 -