IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LELA TOLBERT * | |
|    Plaintiff * | |
| v. * | Civil Court Action No:   1:07CV00094 |
| | Judge Richard W. Roberts |
| NATIONAL HARMONY MEMORIAL * | |
|   PARK, *et al* | |
|    Defendants * | |

\* * * * * *     * * * * *

## CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

Defendants, National Harmony Memorial Park, Stewart Enterprises, Inc. and John/Mary Doe/Funeral Director at Harmony Park, by and through their attorneys, Jennifer S. Jackman and Whiteford, Taylor & Preston L.L.P., with the consent of counsel for the Plaintiff, Lela Tolbert, hereby file this Consent Motion for Extension of Time to File Responsive Pleading to the Plaintiff's Motion to Reconsider November 9, 2007 Decision (hereinafter referred to as "Motion to Reconsider") and, in support thereof, state as follows:

    1.    Defendants were served with the Motion to Reconsider in this matter on November 26, 2007.

    2.    Pursuant to conversations with counsel for the Plaintiff, Defendants have been granted an extension to respond to and through December 14, 2007.

    3.    Counsel for the Plaintiff has consented to this extension.

**WHEREFORE,** Defendants, National Harmony Memorial Park, Stewart Enterprises, Inc. and John/Mary Doe/Funeral Director at Harmony Park, respectfully request that the Consent Motion for Extension of Time to File Responsive Pleading be granted, extending the time to their response to the Plaintiff's Motion to Reconsider November 9, 2007 Decision until December 14, 2007, and any and all further relief as this Court deems appropriate.

Respectfully submitted,

/s/
**Jennifer S. Jackman**
Whiteford, Taylor & Preston L.L.P.
105 Connecticut Avenue, NW
Washington, D.C. 20036-5405
(202) 659-6800
*Attorneys for Defendants,*
  *National Harmony Memorial Park, Stewart*
  *Enterprises, Inc. and John/Mary Doe/Funeral*
  *Director at Harmony Park*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 12th day of December, 2007, a copy of the foregoing *Consent Motion for Extension of Time to File Responsive Pleading* was mailed first class, postage prepaid to:

B. Marian Chou, Esquire (#433279)
800 7th Street, N.W. #201
Washington, D.C. 20001
bmchou@mindspring.com – E-Mail
*Attorney for Plaintiff,*
  *Lela Tolbert*

/s/
**Jennifer S. Jackman**

394983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LELA TOLBERT | * | |
|     Plaintiff | * | |
| v. | * | Civil Court Action No:    1:07CV00094 |
| | | Judge Richard W. Roberts |
| NATIONAL HARMONY MEMORIAL PARK, *et al* | * | |
|     Defendants | * | |

\* * * * * * * * * * *

### ORDER

**UPON CONSIDERATION** of Defendants National Harmony Memorial Park, Stewart Enterprises, Inc. and John/Mary Doe/Funeral Director at Harmony Park's Consent Motion to Extend Time for Filing Responsive Pleading, it is this _____ day of _____, 2007, hereby

**ORDERED,** that the Motion be and is hereby **GRANTED;** and it is further

**ORDERED**, that the Defendants' time for filing a responsive pleading is extended to and through December 14, 2007.

                                            **Judge Richard W. Roberts**

cc:  B. Marian Chou, Esquire (#433279)      Jennifer S. Jackman
     800 7th Street, N.W. #201                          Whiteford, Taylor & Preston L.L.P.
     Washington, D.C. 20001                           105 Connecticut Avenue, NW
     bmchou@mindspring.com – E-Mail      Washington, D.C. 20036-5405
     *Attorney for Plaintiff,*                               *Attorneys for Defendants,*
      *Lela Tolbert*                                           *National Harmony Memorial Park,*
                                                           *Stewart  Enterprises, Inc. and*
                                                           *John/Mary Doe/Funeral Director at*
                                                           *Harmony Park*