IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LELA TOLBERT | * |
| Plaintiff | * |
| v. | * Civil Court Action No:  1:07CV00094 |
| | Judge Richard W. Roberts |
| NATIONAL HARMONY MEMORIAL PARK, *et al* | * |
| Defendants | * |

\* \* \* \* \* \*    \* \* \* \* \*

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### MOTION TO RECONSIDER NOVEMBER 9, 2007 DECISION

Comes now Defendants, National Harmony Memorial Park, Stewart Enterprises, Inc. and John/Mary Doe/Funeral Director at Harmony Park, by and through their attorneys, Jennifer S. Jackman and Whiteford, Taylor & Preston L.L.P., with their response to Plaintiff's motion to reconsider the November 9, 2007 decision granting, in part, Defendants' Motion to Dismiss, and states as follows:

1. Defendants' sole argument made in their Motion to Dismiss is that the Plaintiff's Complaint was filed after the applicable statute of limitations had run as to all of her claims. The limitations period defense is properly brought as a Motion to Dismiss under Federal Rules of Procedure 12(b)(6) for failure to state a claim. Dismissal is appropriate only if the Complaint on its face is conclusively time barred. *Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Circ. 1996). As this Court indicated in its Memorandum Opinion and Order of November 9, 2007, "Tolbert's complaint establishes unequivocally that by January 7, 2004 at the latest, she knew that her

husband was not buried in Magnolia L2 where she believed she had contracted for him to be bured. *See* Complaint at ¶5.

Thus, accepting the Plaintiff's own Complaint on its face, January 7, 2004 is the accrual date for Plaintiff's claims. The Plaintiff having filed this Complaint on January 16, 2007, more than three years after the three-year limitations period expired, entitles these Defendants to dismissal of such claims.

2.  In requesting reconsideration, Plaintiff boldly asserts that "Plaintiff does not even have clue or trace of 'some knowledge of some injury' as of January 7, 2004." *See* Motion to Reconsider at p. 1. Such a statement is in direct contradiction to the language contained within Plaintiff's Complaint, which has been quoted previously by this Court and relied upon by both the Court and Defendants. Such an assertion cannot invalidate the language of the properly-filed Complaint, which clearly delineates Plaintiff's knowledge as of January 7, 2004.

3.  Finally, Defendants adopt and incorporate their earlier filed Motion to Dismiss Complaint in response to Plaintiff's Motion for Reconsideration.

Respectfully submitted,

_____/s/_____
**Jennifer S. Jackman**
Whiteford, Taylor & Preston L.L.P.
105 Connecticut Avenue, NW
Washington, D.C. 20036-5405
(202) 659-6800
*Attorneys for Defendants,*
  *National Harmony Memorial Park, Stewart*
  *Enterprises, Inc. and John/Mary Doe/Funeral*
  *Director at Harmony Park*

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this 14th day of December, 2007, a copy of the foregoing *Defendants' Response to Plaintiff's Motion to Reconsider November 9, 2007 Decision* was e-mailed to:

      B. Marian Chou, Esquire (#433279)
      800 7th Street, N.W. #201
      Washington, D.C. 20001
      bmchou@mindspring.com – E-Mail
      *Attorney for Plaintiff,*
       *Lela Tolbert*


           /s/
      **Jennifer S. Jackman**

*395090*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LELA TOLBERT | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: 1:07CV00094 |
| | | Judge Richard W. Roberts |
| NATIONAL HARMONY MEMORIAL PARK, *et al* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Reconsider November 9, 2007 Decision, and Defendants' response filed thereto, it is this _____ day of _____, 200__, hereby

**ORDERED,** that Plaintiff's Motion to Reconsider November 9, 2007 Decision be and hereby is **DENIED**.

_____
Judge Richard W. Roberts

cc: B. Marian Chou, Esquire (#433279)  
800 7th Street, N.W. #201  
Washington, D.C. 20001  
bmchou@mindspring.com – E-Mail  
*Attorney for Plaintiff,*  
  *Lela Tolbert*

Jennifer S. Jackman  
Whiteford, Taylor & Preston L.L.P.  
105 Connecticut Avenue, NW  
Washington, D.C. 20036-5405  
jjackman@wtplaw.com – E-Mail  
*Attorneys for Defendants,*  
  *National Harmony Memorial Park,*  
  *Stewart Enterprises, Inc. and John/Mary*  
  *Doe/Funeral Director at Harmony Park*

395091