UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                             )
**LELA TOLBERT**,                )
                             )
      **Plaintiff**,           )
                             )
      v.                    )   Civil Action No. 07-94 (RWR)
                             )
**NATIONAL HARMONY PARK et al.**, )
                             )
      **Defendants**.          )
_____ )

### ORDER

    Counsel for the plaintiff and the defendants in this case notified the court that the parties have reached a settlement. In light of that representation, it is hereby

    ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

    ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

    ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

    SIGNED this 18th day of December, 2007.


                                                  /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge